# EXHIBIT B

## TRANSACTIS, INC.
## STOCK OPTION GRANT NOTICE
### (2003 EQUITY INCENTIVE PLAN)

**TRANSACTIS, INC.** (the "*Company*"), pursuant to its 2003 Equity Incentive Plan (the "*Plan*"), hereby grants to Optionholder an option to purchase the number of shares of the Company's Common Stock set forth below. This option is subject to all of the terms and conditions as set forth herein and in the Stock Option Agreement, the Plan and the Notice of Exercise, all of which are attached hereto and incorporated herein in their entirety.

Optionholder: MarketShare Corp
Date of Grant: April 15, 2008
Vesting Commencement Date: April 15, 2008
Number of Shares Subject to Option: 416,216
Exercise Price (Per Share): $0.45
Total Exercise Price: $ 187,297.20
Expiration Date: April 14, 2018

**Type of Grant:** ☐ Incentive Stock Option     ☒ Nonstatutory Stock Option

**Exercise Schedule:** ☒ Same as Vesting Schedule     ☐ Early Exercise Permitted

**Vesting Schedule:** This Option shall be 100% vested and exercisable as of the Grant Date.

**Payment:** By one or a combination of the following items (described in the Stock Option Agreement):

> By cash or check
> By delivery of vested options held pursuant to this Grant Notice, at the fair market value of the underlying shares at the time of exercise
> Pursuant to a Regulation T Program if the Shares are publicly traded
> By delivery of already-owned shares if the Shares are publicly traded

**Additional Terms/Acknowledgements:** The undersigned Optionholder acknowledges receipt of, and understands and agrees to, this Grant Notice, the Stock Option Agreement and the Plan. Optionholder further acknowledges that as of the Date of Grant, this Grant Notice, the Stock Option Agreement and the Plan set forth the entire understanding between Optionholder and the Company regarding the acquisition of stock in the Company and supersede all prior oral and written agreements on that subject with the exception of options previously granted and delivered to Optionholder under the Plan.

TRANSACTIS, INC.

By: _____
          Signature

Title: CEO

Date: 4/15/08

OPTIONHOLDER:

_____
          Signature

Date: 4/20/08

**ATTACHMENTS:** Stock Option Agreement, 2003 Equity Incentive Plan and Notice of Exercise