**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

MARKETSHARE CORP.,

                   Plaintiff,

      -against-                             21 **CIVIL** 750 (JSR)

                                           **<u>JUDGMENT</u>**

TRANSACTIS, INC. and MASTERCARD, INC.,

                   Defendants.

-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 12, 2021, the Court, by bottom-line order, granted Transactis' motion to dismiss the complaint. Judgment is entered; accordingly, this case is closed.

**Dated:** New York, New York

     May 13, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                            **BY:**     *K. Mango*

                                                    **Deputy Clerk**